UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

      Plaintiff,

      -against-

GIBSON & CUSHMAN CONTRACTING, LLC
and H&L CONTRACTING, LLC,

      Defendants,

ALLIED WORLD ASSURANCE
COMPANY (U.S.) INC.,

      Intervenor Defendant.
----------------------------------------------------------X

2:23-cv-03214-KAM-AYS

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties give notice that the above-captioned action is voluntarily dismissed in its entirety with prejudice and without costs.

Dated: July 8, 2025

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

_____
Charles E. Murphy, Esq.
Lennon Murphy & Phillips, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6070
cmurphy@lmplaw.net

GIBSON & CUSHMAN CONTRACTING, LLC and
H&L CONTRACTING, LLC,

_____
Glenn P. Warmuth, Esq.
Stim & Warmuth, P.C.
2 Eighth Street
Farmingville, NY 11738
(631) 732-2000
gpw@stim-warmuth.com

ALLIED WORLD ASSURANCE
COMPANY (U.S.) INC.

_____
Ian Cooper, Esq.
Nicolaides Fink Thorpe Michaelides Sulli
10 S. Wacker Dr., Suite 2100
Chicago, IL 60606
(312) 585-1400
icooper@nicolaidesllp.com

So Ordered:

s/KAM
_____
KIYO A. MATSUMOTO
United States District Judge
Eastern District of New York

July 31, 2025